```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03282
   KARLA ALLEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7208


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was confirmed 07/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 01/08/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
THE BANK OF NEW YORK       MORTGAGE NOTI  NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        2757.30            .00           .00
SPIRIT OF AMERICA/LANE B   UNSECURED        1460.61            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         229.72            .00           .00
AMERICAN GENERAL FINANCE   CURRENT MORTG       .00             .00           .00
AMERICAN GENERAL FINANCE   MORTGAGE ARRE     150.21            .00           .00
COOK COUNTY TREASURER      SECURED             .00             .00           .00
COUNTRYWIDE BANK           SECURED NOT I       .00             .00           .00
THE BANK OF NEW YORK TRU   SECURED NOT I       .00             .00           .00
HICKORY BEND CONDO DEVEL   SECURED           18.64             .00         18.64
BANK OF NEW YORK           CURRENT MORTG       .00             .00           .00
BANK OF NEW YORK           MORTGAGE ARRE       .00             .00           .00
THE BANK OF NEW YORK TRU   CURRENT MORTG       .00             .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1820.62            .00           .00
AMERICAS SERVICING CO      UNSECURED      NOT FILED            .00           .00
AMERICASH LOANS            UNSECURED      NOT FILED            .00           .00
BENEFICIAL                 UNSECURED      NOT FILED            .00           .00
CHASE BANK USA             UNSECURED         268.85            .00           .00
COMCAST                    UNSECURED      NOT FILED            .00           .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED            .00           .00
EBSCO TELEMARKETING SERV   UNSECURED      NOT FILED            .00           .00
EMC MORTGAGE               UNSECURED       66281.79            .00           .00
FFCC COLUMBUS INC          UNSECURED      NOT FILED            .00           .00
FIRST CHOICE LOANS         UNSECURED      NOT FILED            .00           .00
FIRST PREMIER BANK         UNSECURED      NOT FILED            .00           .00
CHECK N GO                 UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         682.10            .00           .00
HSBC BANK NEVADA NA        UNSECURED        1429.75            .00           .00
MERRICK BANK               UNSECURED        1012.20            .00           .00
MIDWEST EYE PROFESSIONAL   UNSECURED      NOT FILED            .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED      NOT FILED            .00           .00
HOMEQ SERVICING            MORTGAGE NOTI  NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03282 KARLA ALLEN
```

```
INTERNAL REVENUE SERVICE  PRIORITY         3578.62              .00              .00
AMERICASH LOANS LLC       UNSECURED        1532.35              .00              .00
HOUSEHOLD FINANCE CORPOR  UNSECURED       13713.90              .00              .00
COUNTRYWIDE BANK          UNSECURED      NOT FILED              .00              .00
THE BANK OF NEW YORK TRU  UNSECURED      NOT FILED              .00              .00
CHASE BANK USA NA         UNSECURED         876.07              .00              .00
JP MORGAN CHASE BANK      MORTGAGE NOTI  NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          45.89              .00              .00
EMC MORTGAGE              CURRENT MORTG        .00              .00              .00
EMC MORTGAGE              SECURED NOT I   11138.07              .00              .00
HICKORY BEND CONDO DEVEL  CURRENT MORTG        .00              .00              .00
EMC MORTGAGE              MORTGAGE NOTI  NOT FILED              .00              .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY     2,774.00                           447.45
TOM VAUGHN                TRUSTEE                                             40.91
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  507.00

PRIORITY                                               .00
SECURED                                              18.64
UNSECURED                                              .00
ADMINISTRATIVE                                       447.45
TRUSTEE COMPENSATION                                  40.91
DEBTOR REFUND                                           .00
                       ---------------     ---------------
TOTALS                   507.00                     507.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE